UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ZEE WEE J.MPALA, Plaintiff           3:13cv252(SALM)
vs.

FUNARO, Defendant           March 4th, 2017

MOTION FOR WITHDRAW OF APPEARANCES FOR THE ATTORNEYS CITED BELOW

    Zee Wee J.Mpala, the Plaintiff, 358 Orange St., Apt. #916, New Haven,Ct., 06511, E-mail: el.oveja.negro7650@gmail.com; in this matter. Mpala has pending Motion for a Prose appearance. However the following were formerly representing Plaintiff in this matter. John R.Williams, Katrina K.Engstrom and Thomas J.Lengyel Those Attorneys are still Attorneys of this record and it is causing Confusion. (See D.# [94] [95] [96] also see the Court Order attached to this Motion. The Plaintiff e-mail the said Attorneys yesterday, requesting that they withdraw their appearances at once in this matter.( See the e-mail attached) As of yet the said Attorneys have not withdrawn their appearances. The Plaintiff is aggrieved!

                                                                             The Plaintiff
                                               By Zee Wee J.Mpala, Plaintiff Prose
                                                   358 Orange St. Apt. #916
                                                   New Haven,Ct. 06510

C E R T I F I C A TII O N

This is to Certify that on the 6th of March 2017, a true Copy of the foregoing Motion was hand delivered to the following:

       The U.S.District Court(D-Conn.) Office of the Clerk  141 Church St., New Haven, Ct. 06511.

       Clendenen & Shea, LLC, Kevin C. Shea 400 Orange St., New Haven, Ct. 06510,

       John ~~R.Williams, Attorney @ Law~~, 51 Elm St., New Haven, Ct.06510,

       Kat~~rena K. Engstrom, Attorney @ Law~~, 51 Elm St., NewHaven, Ct., 06511,

       Thomas J.Lengel, Attorney @ Law, tomgunlengyel@gmail.com

*[signature]*