UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

ZEE WEE J.MPALA,  
           Plaintiff  
vs.  
JOSEPH FUNARO, Defenadant

Case#3:13cv252(SALM)

MARCH 16 2017

PLAINTIFF"S REPLY TO DEFENDANT"SMOTION TO REOPEN JUDGMENT

    Plaintiff appearing Prose, Zee Wee J.Mpala, files pursuant to the following: Jurisdictionally that the defs., acted with the specific intent to deprive him of his Constitutional rights to due process and equal protection under the 4th, 5th & 14th amendts., 42 U.S.C. Sect. 1983 & 1985, Perry vs. Stamford996F.Supp.2d 74(D-Conn. 2014)violations. The Plaintiff also choose to go pursuant to Perry, supra, which is 2ndCir.,law,(Jurisdictionally)like Plaintiff who filed under Bivens vs.6 Unknown Agents403U.S.388(1971).Carpenter vs.Koskinen pursuant toBivens vs.6Unknown Agents,supra, F.Supp.3d(2ndCir.2015) In Re Sim534F3d 117(2ndCir.2008) and pursuant to Equity & any other favorable laws applicable.

                                                                             The Defs., claimed that the Plaintiff filed this Complaint & Motion that they Characterized as a R.60(b). This is not true! The Defs., claimed the Plaintiff's Complaint & Motion is procedurally barred!

                        Plaintiff is claiming the defs., & his former counsel JRWs Fraudulently concealed evidence from the Plaintiff & the Court itself.This evidence had it been disclosed to the Court, their is areasonable probability that the Court would have ruled differently in their Motion for Summary Judgment Dkt. [37]. Gomez vs.N.Y.C.P.D 805F.3d419(2ndCir.2015) The 2ndCir.,over ruled the argument that JRWs presented. In Perry, supra,the Court ruled that a def., who Fraudulently Conceals evidence,and the Plaintiff can prove this, it serves as a ground for equitable tolling of Statute of Limitation & procedural defaults. Perry contends Def., "Fraudulently concealed from her the evidence necessary to commence this litigation within 3 years." The C.G.S.A. Sect.52-595,provides: " If anyperson liable to an action by another, fraudulently conceals from him the existence of the case of action, such cause of action shall be determined to accrue against such person so liable therefore at the time when the person entitled to sue thereon first discovers it's existence." The March 23rd 2011, missing tr., were not acquired by Plaintiff until Jan.,2016.(See the 9/25/2015 e-mail attached from JRWs) Plaintiff,"we have a hearing coming up on 10/30/2015,...and we want to prepare." JRWs,"The files were surrendered in full to Atty.,Paul V.Carty.There is nothing here!" At the 10/30/2015, hearing, before J. SALM, when T.J.Lengyel raised the same question of the missing tr., K.C.Shea remained Silent has if he was ignorant of it.

Neither the Sires Court or Funaro Court has ever see or ruled on this evidence, which we now have, thanks to Atty., Paul V. Carty that the Plaintiff hired. He obtained it! Had JRWs made this claim in his Original Complaint, their is a reasonable probability this Court would have ruled differently! JRWs & KCS are to blame! Perry makes it clear that the Plaintiff is not procedurally barred! (In those concealed tr., the Plaintiff was going to get rid of the Public Defender Michael Richards, just like he got rid of JRWs & TJL,) JRWs & KCS both pulled the Wool over the Court's eyes! The Plaintiff is claiming Malicious Prosecution too! When Michael Richards was disposed, he denied any knowledge of ever having seen the 2 Prose motions that the Plaintiff had attempted to file(but the Court would not accept them, becaue M.R., was still Counsel of Record. Therefore Plaintiff had to enter the case Prose first)M.R., was not questioned about his statement "that Mpala had gone Prose" either. Mpala is aggrieved!

In the defs., Motion objecting to the Plaintiff request for Permission, it's TJL raised the issue of the invalidity of the Public Defender's Stipulation already. However PVCarty did'nt tracked down the fraudulently concealed tr., until after those filing. (See on 11/19/2015 [74] Ruling granting Motion For Summary Judgment For The Defs., & On 1/6/2016 [81] Order denying [77] Motion For Reconsideration[74]. This Court has never ruled on the Fraudulently Concealed evidence Claim!

In Gomez, which was decided at the same time is the Summary Judgment, supra, the 2ndCir., overruled thisaCourt ruling in the Summary Judgment, supra. "...the decision to settle a case rests with the Client, and although we presume that an attorney of record has the authority to settle a case, this is rebuttable presumption. Here, Gomez's Motion raised a factual dispute concerning his attorney's authority to Stipulateono a dismissal of his claims. Accordingly, it was necessary to hold an evidentiary hearing to address this dispute." The 2ndCir., ordered a Evid..hearing The Plaintiff had never intended this to be characterized as a R.60(b)as the defs., claim. *Haines vs. Kerner & Gomez, shows clearly that the District Courts has the authority to construed filings to what ever is procedurally appropriate it!, especially for Prose litigants.

In both Mpala vs. Funaro & Sires, the Plaintiff was ignorant that the tr., in question contained evidence favorable to him in receiving summary Jud. Both JRWs & KCS acted like they were ignorant of that evidence aswell.

(Footnote, the Plaintiff also files pursuant to In Re Sims 534F3d117(2ndCir.2008) "We also note that in othercontexts, a 'party appearing without counsel is afforded extra leeway in meeting the procedural rules governing litigation, and that districtCourts should make some effort to protect a party so appearing fromwaiving a right ...because of his lack of legal knowledge. To give such extra leewayCourts are e.g., to contrue a proselitigant's pleadings&motions liberally(SeeHainesvs.Kerner(1972)

Mpala vs. Funaro

        Plaintiff contacted Justice & Peace Group on the 2/27/2010, about Yale Law School Events?

        Plaintiff received and Invitation E-mail: dated 2/28/2010.
Plaintiff issued a Name Tag For the Yale Law School Event between March 4-5th 2010.
Plaintiff is arrested on March 6-7th 2010.

Plaintiff at once make written requests for the Preservation of the Surveillance Film. Plaintiff leaves copies at the Yale Police Station & Yale Law School.

Plaintiff on 3/29/2010, e-mail Mike Thompson," Records&Film Retention Policy" Carbon Copies to Francisco Ortiz & James Perrotti.
Plaintiff on 3/31/2010, send copies of his "Yale Law School Is A Hypocrite"Letter to various Persons at the Law School. Plaintiff also sent a copy to David R.Cameron, Yale affiliate.

Mpala vs. Sires

        Despite timely requests to preservation the Surveillance Film,(Police Report stated that it was saved) on 4/6/2010, Public Defender had J.Sequino,G.A.#23 ordered it disposed of. On 5/11/ 2010, Investigator Jeff Emons shredded it.


        Both of these cases should be dismissed with prejudice, because of Yale University & The State of Conn., failure to preserve the films despite timely requests. This was not an Co-incidence!

Ms.Elise Knapp who is a member of the New Haven Lawn Club. She resides in Prospect st., area near Albertus Magnus College. She was present at the British Art Museum that evening and will state that the Plaintiff was not in sight!(Inside of the
                      (Statement)                                Museum)

The U.S.Court of Appeals for the 2nd Cir.,. has issued a Mandate in this Case. The rule of Mandate provides that, " the power of a trial Court to act in any litigation litigation after the issuance of a Mandate on appeal is limited by a obligation to do nothing contrary to either the letter or the spirit of the Mandate as explained or eluciated by the Opinion." Goldwyn Pictures Corp.,vs. Howells Sales Co., 287 F.100,102(2ndCir.1923)

"The law of the case doctrine,while not binding, counsels a court against revisiting its prior rulings in subsequent stages of the samecase absent 'cogent'and'compelling'reasons such as an intervening change of controlling law, the availability of new evidence,or.the need to correct a clear error or prevent manifest injustice." Ali vs. Mukasey, 529F3d478,490(2ndCir.08) (quoting U.S. vs. Tenzer 213F.3d34,39(2ndCir, 2000)

See.Dkt.[67] hearing on 30/10/2015, TJL pleaded with the Court, to provide the plaintiff more time for a Discovery at the S.Judgment stage, given that the express language of FRCiv.P Sect.56 56, provides for such as discovery right! The Court denied the plaintiff that right thereby violating R.56. Had the Court given us more time we would have discovered this fraudulent Concealed evidence. This District Court has never seen or ruled on this Fraudulent Concealed evidence!

Zee Wee J.Mpala,Plaintiff appearing Prose
E-mail: el.oveja.negro7650@gmail.com
358 Orange St. Apt. #916
New Haven, Ct. 06510

4)

C E R T I F I C A T I O N

This is to Certify that on the 20th day of March 2017 a true

Copy of the foregoing Motion was hand delivered to the,

                                            The U.S.District Court
(D-Conn.) Office of the Clerk 141 Church st. New Haven, Ct. 06511


and E-Mailed to Clendenen & Shea,LLC   Kevin C.Shea 400 Orange St. NewHaven,Ct.
    office@clenlaw.com                                                           06510


                                                   *[signature]*
                              Zee Wee J.Mpala,Plaintiff appearing Prose
                              E-mail: el.oveja.negro7650@gmail.com
                              358 Orange St. Apt.#916
                              New Haven, Ct. 06511



**Get Google Chrome**
Try a fast, secure browser with updates built in

NO T

## Gmail

More

457 of 677

| | |
|---|---|
| COMPOSE | **Paul V. Carty**  Inbox x |
| Inbox (98) | |
| Starred | |
| Sent Mail | |

pvcartyesq

Add to circles

**ZeeWee Mpala** <el_oveja_negro7650@gmail.com>    7/23/15
to PVcartyEsq

23rd day 7thMonth 2015
Paul
    I just dismissed J.R Williams from my cases. I hired another lawyer. As a result, he will want me to come by and get my files at once. I can't set foot back in his office, so will it be alright if he has someone dropped off those files at your office?  Just until my new lawyer picks them up?
    I eagerly await for your reply

**pvcartyesq@aol.com**    7/23/15
to me

No problem.  Just have them call first to be sure someone is here.

Paul V. Carty
Law Office of Paul V. Carty
233 Orange Street
P O Box 3192
New Haven, CT  06515
Ph - (203) 387-5400
Fx - (203) 387-5402
www.pvcartylaw.com

Click here to Reply or Forward

0.22 GB (1%) of 15 GB used
Manage

Terms - Privacy

Last account activity: 19 hours ago
Details

Something's not right

We're having trouble connecting to Google. We'll keep trying

This may be caused by network or proxy issues
Learn more.

**Get Google Chrome**
Try a fast, secure browser with updates built in

NO T

## Gmail

More

383 of 672

COMPOSE

### Rose We Still Have'nt Got The Trpts. Inbox

People (4)

Inbox (98)

 ZeeWee Mpala <el.oveja.negro7650@gmail.com>
to r l.mclean

9/25/15

jrw
Add to circles

Starred

Sent Mail

                25thday 9th Month2015
Rose
     I heard from JRW a few days ago. However he still hasn't said anything about the whereabout of bothTranscripts from G A # 6? I know that he & Kevin Shea attached portions of the said to the Docket Sheet,(See Federal Pacers) but we need the complete transcripts. JRWs inform us that we have a hearing coming up on the 30/10/2015. Thanks and we want to prepare I and forwarding a copy of this e-mail to the following: Kit, JRWs and my new lawyer Tom Lengyel.
               I eagerly await for your reply

Sh

Something's not right

We're having trouble connecting to Google. We'll keep trying

This may be caused by network or proxy issues.
Learn more

3 older messages

**John R Williams** <jrw@johnrwilliams.com>
to me

9/25/15

**The files were surrendered in full to Attorney Carty. There is nothing here.**

**From:** ZeeWee Mpala [mailto:el.oveja.negro7650@gmail.com]
**Sent:** Friday, September 25, 2015 3:33 PM
**To:** John R Williams
**Cc:** ZeeWee Mpala
**Subject:** Fwd: Rose We Still Have'nt Got The Trpts.

ZeeWee Mpala <el.oveja.negro7650@gmail.com>
to tom

9/26/15

Click here to Reply, Reply to all, or Forward



**Fw: Yale prison forum Mar 4 and 5**
From: Patricia Barnes <barnes66@sbcglobal.net>   Add to Contacts                                              Sun, February 28, 2010 9:37:27 PM
To: Bill Barrett <sixmillionestate@yahoo.com>; paul cabral <decabovende@msn.com>; Barbara Fair <justicepeace75@hotmail.com>; ANNE HIGGINS <a_zhiggins@comcast.net>; Gary Holder-Winfield <winfieldg1@southernct.edu>; Zee Wee Impala <johnwoolman19101720@yahoo.com>   more

American Justice[1] ppt (2906KB)

Don't dismiss the importance of little things,
they pave the way to bigger things!

--- On **Sun, 2/28/10, Barbara Fair <*justicepeace75@hotmail.com*>** wrote:

From: Barbara Fair <justicepeace75@hotmail.com>
Subject: Yale prison forum Mar 4 and 5
To: "Melinda Tuhus" <melinda.tuhus@gmail.com>, "petisia adger-nhpd" <padger@newhavenct.net>, "Sheldon Tucker" <blackthought_32@yahoo.com>, "shirley anderson" <nanabump549@comcast.net>, "sonya bacote" <sonyavalbac@yahoo.com>, "steve uconn" <strom@snet.net>, "toni walker" <walkert2003@yahoo.com>, "trish barnes" <barnes66@sbcglobal.net>, "William Dyson" <dysonwilliam@att.net>, "zee wee impala" <johnwoolman19101720@yahoo.com>
Date: Sunday, February 28, 2010, 7:28 PM

On Thursday, Mar 4 at 12 noon I will be a panelist at the annual Yale prison forum. The event on Mar 4-5 will be open to the public. The panel that I will be on (along with other activists) is open only to about 40 students. The organizer has invited me to give her a few names to allow in the forum. I know many of you have to work but I though I would extend the invite to you just in case you can make it. The rest of the speakers for the 2 days are professors or other PHD individuals and so I suspect it may be a santized version of prisons and the criminal justice system so at least 40 students will get the reality of prisons. I have attached a copy of a powerpoint that I have sent to the organizer who says she plans to put it on the website to make it available to other students. It's an updated version of an original done in 2007. Feel free to share if you like, Barb

ps. I guess I need to get my PHD so i can sit down and dialogue with the "experts". lol

Hotmail: Free, trusted and rich email service. Get it now.

**Records&Film Retention Policy**                                             Mon, March 29, 2010 2.25.07 PM

From: Zeewe Mpala <johnwoolman19101720@yahoo.com>   Add to Contacts
To: Mike.thompson@yale.edu
Cc: johnwoolman19101720@yale.com

                              29th day 3rd month 2010
        To Mike Thompson Head of Operations at the Yale Law School
                              127 Wall st.New Haven,Conn.,.
                                                    Zeewe D.Mpala, visited the Yale Law School at 127 Wall st., at the following times:   5th day 3rd month(2010) between 10:30AM - 12PM, on 6th day 3rd month (2010) between 10:30AM - 12PM.  Mpala was arrested on the 6th day 3rd month.
                                Mpala is Prose in his Court appearance. Mpala is requesting that the surveillance film for those dates & tiimes be preserved in accordance with the Yale & State Records Retention Policy.
                                                I eagerly await for your reply
                                                        &n bsp;            Zeewe D.Mpala
C.C. To the following:
        Francisco Ortiz, Director of Yale Security

        Yale Police Chief, James Perrotti

Exhibit A

http://us.mg4.mail.yahoo.com/dc/launch?.gx=1&.rand=avsbib40osf1o           5/30/2010



| | | | |
|---|---|---|---|
| | | **2010** | |
| Inbox (1732) | ☐ | patwallace200@comcast.net | It's appreciated | 05/14/10 |
| Drafts (21) | ☐ | paul.hodel@aya.yale.edu | Fw: Reminder JB's Birthday | 05/02/10 |
| Sent | ☐ | mgrant@newhavenct.net | "Potential Fire!" | 05/01/10 |
| Archive | ☐ | anneburns624@gmail.com | The Green Hornet | 04/29/10 |
| Spam (3) | ☐ | barnes66@sbcglobal.net | Hear Ye, Hear Ye Ding Dong!" | 04/22/10 |
| Trash (13) | ☐ | kmatos@newhavenct.net | Go chase Mariposas! | 04/16/10 |
| Smart Views | ☐ › | david.r.cameron@yale.edu | Help! (9) | 04/01/10 |
| Important | ☐ | editor@newhavenadvocate.co | "Yale Law Sch. is a Hypocrite!" | 03/31/10 |
| Unread | ☐ › | James.Perrotti@yale.edu | Records&Film Retention Policy (3) | 03/29/10 |
| Starred | ☐ | p.bass@newhaven.independen | I would like to talk with you | 03/17/10 |
| People | ☐ | justicepeace75@hotmail.com | Yale law School events? | 02/27/10 |
| Social | ☐ › | webmaster.dph@ct.gov | I need the CGS Civil law (2) | 02/18/10 |
| Shopping | ☐ | supervisors@consolidatedcred | What is the Uinvision theme song? | 01/27/10 |
| Travel | ☐ | gwynnedyer@gmail.com | I eagerly await for your reply | 01/12/10 |
| Finance | | | **2009** | |
| Folders | ☐ › | katzjerry@sbcglobal.net | " ......lo and behold....." (3) | 11/17/09 |
| sent messages | ☐ › | mary.mushinsky@cga.ct | Saving the Quinnipiac river (2) | 11/13/09 |
| Recent | ☐ | kgore@hillhealthcenter.com | I need your assistance | 11/1 |
| | ☐ | masinger@snet.net | The Pilgrimage to the P.C.Museum | 11/0 |

Plaintiff contacted David R. Cameron, Yale affiliate about help contacting Mike Thompson.

"Yale Law School Is A Hypocrite" Plaintiff requested that they contact Mike Thompson. Plaintiff also called them a Hypocrite, because they legally helped illegal Aliens, but they would not help the Plaintiff.

Plaintiff contacted Justice&PeaceGroup on the 2/27/2010, about the YaleLawSchool Events Coming Up

Plaintiff E-mailed Yale Police Chief James.Perrotti Requesting That Surveillance Film Be Preserved & Carbon Copies To Francisco Ortiz, Director of Yale Security & Mike Thompson, Head of Operations at The Yale Law School

| | | | | |
|---|---|---|---|---|
| **2010** | | | | |
| ☐ > | me, Jerry | Fr.Joseph M.elko (2) | | 08/31/10 |
| ☐ | MARIA LAMBERTO | interest in purchasing book for early worship? | | 08/31/10 |
| ☐ > | me, celialewis | Lost & found? (3) | | 08/30/10 |
| ☐ | MARIA LAMBERTO | book for early worhsip | | 08/30/10 |
| ☐ | michael clark | Michael has sent you a private message | | 06/26/10 |
| ☐ | Patricia Barnes | Re: FW: Thank you for your message | | 08/20/10 |
| ☐ | Patricia Barnes | 501C3 | | 02/28/10 |
| ☑ | M Clark | Re: Are you still there? | | 02/22/10 |
| ☐ | Rocanne Lucian | Living with Lymphoma Lecture - New date | | 02/12/10 |
| ☐ | Derringer, Kathleen | Living with Lymphoma | | 02/11/10 |
| **2009** | | | | |
| ☐ | smartattorney1@aol.com | Re: I need an an appointment to see you | | 12/11/09 |
| ☐ > | Zeewe Mpala | Saving the Quinnipiac river (2) | | 11/13/09 |
| ☐ | Gore, Karen | Approved CS-HHC | 📎 | 10/28/09 |
| ☐ > | Zeewe Mpala | Today is P.Crandell's birthday (2) | | 09/03/09 |
| ☐ | Patricia Wallace | DMV: Non-Driver Photo Identification Cards | | 05/22/09 |
| ☐ | Patricia Wallace | Emailing: S.C. DHEC Vital Records - Certified Copy of a Birth Certificate | | 05/22/09 |
| ☐ > | Zeewe Mpala | Const.,of N.H.,Colony was adopted on 6-14-1639 (2) | | 05/1 |
| ☐ | Patricia Wallace | Emailing: Records of the Colony Or ... - Google Book Search | | 05/0 |

*As Anyone Can See Plaintiff received no replys from MikeThompson, Fransisco Ortiz or James Perrotti. They all ducked the Plaintiff. No Replys between March to August 2010!*

# WITHOUT A SEARCH WARRANT

JD-CR-18 Rev. 1/07   C.G.S. §§ 21a-262, 26-85, 26-90, 54-36a,g,h, 46b-121 and 53-278c.

**PART A**
COURT DOCKET NO.

☐ FOR P.D. USE ONLY
☐ WARRANT APPLIED FOR
☐ TO COURT

☐ To Court
☐ Destroy - No Value
☐ Case Pending
☐ Return to Owner
☐ Prisoner's
☐ Juvenile

POLICE CASE/RECEIPT NO. 2484

**PART B**
COURT DOCKET NO. CR10-0109403-S
JUVENILE COURT DOCKET NO.

**INSTRUCTIONS**
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. In the case of an arrest or referral, file with a uniform arrest report or Juvenile Summons/Complaint.
4. Last copy for Police Department use.

ASSET FORFEITURE
COURT DOCKET NO.

TO THE SUPERIOR COURT AT (Address of court)
☐ JUVENILE MATTERS   ☑ G.A. No. 23   121 ELM ST.

UNIFORM ARREST REPORT/JUV. SUMMONS NO.

| COURT APPEARANCE DATE | ARREST/REFERRAL ☑ MADE ☐ PENDING | POLICE CASE/RECEIPT NO. YPD CN-2484 | COMPANION CASE NO. |

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S)
1. IMPALA, MPAIA   8/8/54
   136 DIXWELL AVE HAMDEN
2.
3.

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S)
1. SIRES, P. (ofc)   YPD
2.
3.

TYPE OF INCIDENT
2603   CRIMINAL TRESS PASS   2603

TOWN OF SEIZURE: NEW HAVEN
DATE OF SEIZURE: 9/2/10
TYPE OF PROPERTY: ☐ STOLEN ☑ EVIDENCE ☐ LOST/FOUND ☐ INVESTIGATION

The following property was seized, in connection with a criminal/delinquency case: (Describe quantity, type, color, serial number, etc.)

**PROPERTY SEIZED**
1. ONE DISK VIDEO (FOOTAGE OF IMPALA INSIDE BAC)
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.

PART A INVENTORY NO.
PART B INVENTORY NO. 0276608

If cash money was seized, enter total amount here (List each denomination separately on the numbered lines above.)
TOTAL AMOUNT OF CASH $

SIGNED (Police Officer): [signature]
(Title) PTM
BADGE # 111
DATE 9/2/10
DEPARTMENT YPD

**PROPERTY ROOM USE ONLY**

EVIDENCE PHOTOGRAPHED ☐ NO ☐ YES
DATE
REMARKS

| DATE OUT | REASON | BY | DATE RETURNED |

(over)

INVENTORY OF SEIZED PROPERTY

## ORDER OF THE COURT

| | | |
|---|---|---|
| **ASSET FORFEITURE** | ITEM(S) NUMBER | The preceding item(s) of property in the foregoing inventory is/are subject to an in rem asset forfeiture proceeding pursuant to C.G.S. § 54-36h. *See attached form.* |
| **RETURN TO OWNER(S)** | ITEM(S) NUMBER ✓ | The preceding item(s) of property in the foregoing inventory is/are hereby ordered returned to the rightful owner(s) within 6 months from the date of this order, upon proper claim therefor, OTHERWISE the property shall be disposed of pursuant to Section 54-36a of the Connecticut General Statutes as follows: <br> ☐ money shall be turned over to the Clerk of Court for deposit to the General Fund. <br> ☐ turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public auction or private sale and the proceeds remitted to the State and deposited to the General Fund. <br> ☒ destroyed. <br> ☐ turned over to the following charitable, educational or governmental agency or institution: *(Specify name and address)* |
| **EVIDENTIARY FUNDS AT A FINANCIAL INST.** | The financial institution holding evidentiary funds seized by the _____ Police Department/law enforcement agency shall issue a check in the amount of _____ dollars payable to _____ | |
| **CONTROLLED SUBSTANCE(S)** | ITEM(S) NUMBER | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be controlled drug(s), substance(s) or drug paraphernalia and it is hereby ordered that said item(s) be: <br> ☐ destroyed (C.G.S. 54-36a; 54-36g).   ☐ delivered to the Commissioner of Consumer Protection (C.G.S. 21a-262). |
| **FIREARMS/ CONTRABAND** | ITEM(S) NUMBER <br> (C.G.S. 54-36e) or | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be contraband and it is hereby ordered that said item(s) be turned over to the Bureau of Identification of the Connecticut State Police Division for  ☐ destruction  ☐ appropriate use  ☐ disposal by sale at public auction <br> ☐ turned over to the Commissioner of Environmental Protection in accordance with C.G.S. §§ 26-85 and 26-90. |
| **NUISANCE, CONTRABAND OR OTHER PROPERTY** | ITEM(S) NUMBER | The preceding item(s) of property in the attached inventory is/are hereby adjudged to be a nuisance, contraband or other property ordered to be forfeited and it is hereby ordered disposed of as follows: <br> ☐ money shall be turned over to the Clerk of Court for deposit to the General Fund. <br> ☐ turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public auction or private sale and the proceeds remitted to the State and deposited to the General Fund. <br> ☐ destroyed. <br> ☐ turned over to the following charitable, educational or governmental agency or institution: *(Specify name and address)* |
| **GAMBLING** | ITEM(S) NUMBER | The preceding item(s) of property in the attached inventory is/are hereby adjudged seized, pursuant to Connecticut General Statute 53-278c and said item(s) are hereby ordered to be disposed of as follows: <br> ☐ money shall be turned over to the Clerk of Court for deposit to the General Fund. <br> ☐ property used in gambling shall be turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public auction or private sale and the proceeds remitted to the State and deposited to the General Fund. <br> ☐ destroyed. <br> ☐ turned over to the following charitable, educational or governmental agency or institution: *(Specify name and address)* |

| BY ORDER OF THE COURT *(Name of Judge)* | JUDICIAL DISTRICT, G.A., OR JUVENILE | SIGNED *(Judge)* | DATE SIGNED |
|---|---|---|---|
| Sequino | 23 | /s/ | 5/6/11 |

### NOTICE OF ORDER OF THE COURT

NOTICE is hereby given of the foregoing Order of the Court. Gen. Stat. 54-36a requires you to comply with the order within 90 days of receipt. If the court has rendered an order returning the seized property to the rightful owner and the owner does not claim the property, you are required to comply within 90 days following the expiration of the six month claim period. A return of compliance to the preceding order must be filed with this court within 72 hours of compliance.

| TO *(Name of Police Dept.)* | FROM *(Name of Court)* | SIGNED *(Clerk of Court, Authorized Assistant)* | DATE SIGNED |
|---|---|---|---|
| Hale PD | 23 | Marissa Tappel | 4/6/11 |

The undersigned represents that the person or department having custody or possession of said property has complied with the above Order of the Court by:

☐ 1. turning said property over to:

| (Name of individual) | (Title of individual) | (Date turned over) |
|---|---|---|
| Jeff Emons | Investigator State's Atty | 09/29/10 |

☒ 2. destroying said property in the following manner (C.G.S. 54-36g):

| (Manner of destruction) | (Date Destroyed) | (By Whom) | (Name of Witness) |
|---|---|---|---|
| shreded | 5/11/11 | Inv. /s/ | |

☐ State Tox. Lab notified.   ☐ Turned over to Narc. Control Unit/Dept. of Consumer Protection. (C.G.S. 54-36g)

| NAME OF POLICE DEPT. | SIGNATURE AND TITLE | | DATE |
|---|---|---|---|
| New Haven | /s/ | Sergeant | 05/04/13 |

I acknowledge receipt of the item(s) listed below and relieve the above Police Dept. of responsibility for said item(s).

| ITEM NUMBER(S) | SIGNED *(Owner/Agent)* | RELEASED BY *(Print name)* | DATE RELEASED |
|---|---|---|---|
| | | | |

J-CR-18 Rev. 10/07

Subject: For Good Samaritan Act
From: Oveja Negro (el_oveja_negro@yahoo.com)
To: James.yacona@yale.edu;
Cc: el_oveja_negro@yahoo.com;
Date: Wednesday, April 24, 2013 4:34 PM

24th day 4th Month 2013
To Officer James Yacona of the Yale Police Dept.,

Officer Yacona, on Sunday afternoon 11/11/2012, I performed the following good Samaritan act:
I turned over to thee a Yale Student's lost Purse containing 2 Credit Cards, a International Photo ID, a Wisconsin Photo Drivers License, a Yale Student Photo ID, a Cell Phone, close to $200.00, and a ring with about 10 keys.

I trying to start a Clean up Campaign. However first I will be applying for a grant. I want to attach your reply confirming this good deed to the application.

Zee Wee D. Mpala