UNITED STATES DISTICT COURT FOR THE DISTRICT OF CONNECTICUT

ZEE WEE J.MPLA,  
        Plaintiff  
  vs.  
JOSEPH FUNARO,  
        Defendant

CASE # 3:13cv252(SALM)

MARCH 16th 2017

REPLY TO DEFENDANTS OBJECTION TO MOTION FOR SANCTION

    Despite timely request to preserve the Surveillance Film in Funaro & Sires Cases, Mike Thompson, the Head of Operations at the Yale Law School still deliberately failed to fullfilled the Plaintiff's request!

    J.R.Williams, who was supposed to be effectively representing the Plaintiff failed to claimed Mike Thomas, supra, as a defendant! JRWs would defendant himself by saying well the Stipulation Agreement prevented me from doing that! The Plaintiff a # of times begged JRWs to claim Spoliation of evidence, but JRWs ignored him. JRWs had never intended to prevail in this Case!

    If this Court rules in the Plaintiff's favor, because of the Fraudulent Concealment claim, i.e., the equitable tolling of Statute of Limitations, the Plaintiff hopes that the Court will allow him to amend Mike Thompson, as a defendant to the Complaint.

Zee Wee J.Mpala, Plaintiff appearingProse  
E-mail: el.oveja.negro7650@gmail.com  
358 Orange St. Apt. #916  
New Haven, Ct. 06510

CERTIFICATION

This is to Certify that on the 21st day of March 2017 a true Copy of the foregoing Motion was hand delivered to the,

The U.S.District Court (D-Conn.) Office of the Clerk 141 Church st. New Haven, Ct. 06511

and E-Mailed to Clendenen & Shea,LLC   Kevin C/Shea 400 Orange St. NewHaven,Ct.
office@clenlaw.com                                                          06510

Zee Wee J.Mpala,Plaintiff appearing Pro se
E-mail: el.oveja.negro7650@gmail.com
358 Orange St. Apt.#916
New Haven, Ct. 06511