THE UNITED STATES DISTRICT COURT   DISTRICT OF CONNECTICUT

ZEE WEE J.MPALA, Plaintiff

vs.

JOSEPH FUNARO, Defendants

CASE#3:13cv252(SALM)

JURY DEMANDED

APRIL 12th 2017

MOTION FOR CONSOLIDATION OF THIS INSTANT CASE FUNARO
AND THE COMPANION CASE SIRES

Zee Wee J.Mpala, Plaintiff appearing Prose, like Jeffrey Walker in Walker vs. Jastremski 159 F3d 117(2ndCir.1998). The Plaintiff make the folowing request in the interest of Comity and pursuant to Pike Co.,Inc. vs. South Central Conn., Regional Water Auth., April 18, 2011(D-Conn.)

The Plaintiff is requesting that this Court Consolidates this instant case with it's companion case Mpala vs. Sires 3:13cv1226(AVC). The Plaintiff makes this request, because if this Court does merge the two cases, it would prevent the risk of inconsistent Opinions. Reminder inconsistent Opinions have occurred already! This Court granted the Plaintiff's IFP Prose Motion while the Sires Court denied Plaintiff Prose IFP Motion. See the Dkt. Sheet. The Court consolidated companion cases in Pike Co.,Inc vs. South Central Conn., Regional Water Auth.,(D-Conn.2011)

The Plaintiff also makes this request as a Prose litigant pursuant to Haines vs. Kerner 404 U.S. 519, 520,92 S.Ct. 594, 30 L.Ed.2d 652(1972)

The Plaintiff is aggrieved, because having these two companion cases in two different Courts is an extra burden for the Plaintiff.to carry!

Zee Wee J.Mpala, Plaintiff appearing Prose
Email: el.oveja.negro7650@gmail.com
358 Orange St. Apt. #916
New Haven, Ct. 06511

CERTIFICATION

this is to Certify that on the    13th day of  4th MOnth 2017, a true Copy of the foregoing Motion was handdelivered to the,
the U.S.District Court D-Conn.) Office of the Clerk  141 Church st., New Haven, Ct. 06511


and e-mailed to  Clendenen & Shea, LLC  Kevin C.Shea 400 Orange St. New Haven,Ct. 06510
office@clenlaw.com


Zee Wee J.Mpala,PlaintiffappearingProse
358 Orange St. Apt.#916, New Haven,Ct. 06511
e-mail: el.oveja.negro7650@gmail.com